DENNIS S. WAKS, #142581
Acting Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
GERMAN LOPEZ JUAREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:05-cr-00098-01 OWW |
| Plaintiff, | ***EX PARTE* APPLICATION FOR ORDER EXONERATING CASH BOND AND ORDER THEREON** |
| v. | |
| GERMAN LOPEZ-JUAREZ, | Hon. Oliver W. Wanger |
| Defendant. | |

Defendant German Lopez-Juarez, hereby moves this court for an order to exonerate the cash bond in the above-captioned case.

On March 7, 2005, Mr. Lopez-Juarez made an initial appearance in this matter before Magistrate Judge Lawrence J. O'Neill. On March 9, 2005, a detention hearing was held before Magistrate O'Neill. An order was made at that hearing for defendant's release upon posting a $90,000.00 property bond. No property bond was posted. On August 17. 2005, defendant executed a plea agreement; a change of plea hearing was held on August 23, 2005, before Judge Oliver W. Wanger. On September 2, 2005, a bail review hearing was held before Magistrate O'Neill. Defendant was ordered released upon posting a $3,000.00 cash bond. Bond was posted on that date by Gustavo Rios, Receipt No. 202246. On November 1, 2005, defendant was sentenced to a term of five months and twenty days in custody, with credit for time served (actual time served prior to sentencing).

1  Since Mr. Lopez-Juarez has made all necessary court appearances and has completed service of the
2  ordered by the court, he requests that the court exonerate the bond.
3  Defense counsel has discussed this application with Assistant United States Attorney Stanley A.
4  Boone.  He does not object to exoneration of the bond.
5  DATED: January 19, 2006

Respectfully submitted,

DENNIS S. WAKS
Acting Federal Defender


 /s/ Victor M. Chavez
VICTOR M. CHAVEZ
Assistant Federal Defender
Attorneys for Defendant
GERMAN LOPEZ-JUAREZ

## ORDER

**IT IS HEREBY ORDERED** that the cash bond in the above-captioned case, in the amount of $3,000.00 (Receipt #202246**),** be exonerated.  Said funds shall be reimbursed to Gustavo Rios, surety and owner of said funds pursuant to the Statement of Ownership of Cash Bond on file with the court.

DATED: January   27   , 2006

/S/ OLIVER W. WANGER
OLIVER W. WANGER, Judge
United States District Court
Eastern District of California

*Ex Parte* Applicaton for Order Exonerating Cash
Bond and [Proposed] Order Thereon                    2